AMERICAN ZINC OXIDE COMPANY, Plaintiff-Appellee, v. LOCAL UNION No. 536 et, Defendants-Appellants.

Ohio Appeals, Second District, Franklin County.

No. 4286. Decided September 6, 1949.

Vorys, Sater, Seymour & Pease, Columbus, for plaintiff-appellee.
Mayer & Mayer, Columbus, for defendants-appellants.

See also 54 Abs 581.

### OPINION

By THE COURT.
Submitted on motion by the plaintiff-appellee seeking an order of dismissal for failure to file assignment of errors, and brief, in conformity with the order of this Court entered on June 14, 1949. The record supports the grounds set forth in the motion and the same is sustained.

MILLER, PJ, HORNBECK and WISEMAN, JJ, concur.